08-4810-cv(L),09-1229-cv(Con)
*Schulz v. United States Federal Reserve System*

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of March, two thousand and ten.

PRESENT: ROBERT D. SACK,
         RICHARD C. WESLEY,
                 *Circuit Judges,*
         RICHARD K. EATON,
                 *Judge.**

------------------------------------------------

ROBERT L. SCHULZ,

                 *Plaintiff-Appellant,*

        -v.-                              08-4810-cv(L)
                                          09-1229-cv(CON)

UNITED STATES FEDERAL RESERVE SYSTEM, BEN S. BERNANKE, CHAIRMAN OF THE UNITED STATES FEDERAL RESERVE SYSTEM, UNITED STATES DEPARTMENT OF THE TREASURY, TIMOTHY F. GEITHNER,** SECRETARY OF THE UNITED STATES DEPARTMENT OF THE TREASURY, UNITED STATES,***

                 *Defendants-Appellees.*

------------------------------------------------

---

* The Honorable Richard K. Eaton, of the United States Court of International Trade, sitting by designation.

** Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Secretary of the Treasury Timothy F. Geithner is automatically substituted for former Secretary of the Treasury Henry M. Paulson, Jr., as a defendant in this case.

*** We direct the Clerk of the Court to amend the official caption as noted.

FOR APPELLANT:     ROBERT L. SCHULZ, *pro se*, Queensbury, NY.

FOR APPELLEES:     PAULA RYAN COHEN, Assistant United States Attorney, for Andrew T. Baxter, Acting United States Attorney for the Northern District of New York, Syracuse, NY.

Appeal from the United States District Court for the Northern District of New York (Sharpe, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of said district court be **AFFIRMED**.

Appellant appeals from a judgment of the United States District Court for the Northern District of New York (Sharpe, *J.*), which denied injunctive relief and dismissed his complaint. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

We review a district court's grant of a motion to dismiss for lack of standing *de novo*. *Fulton v. Goord*, 591 F.3d 37, 41 (2d Cir. 2009). With the minor exception of some First Amendment claims not at issue here, a person's status as an American citizen or taxpayer is insufficient to confer on him or her standing to bring a lawsuit seeking to hold a government action or a statute unconstitutional in the absence of an articulable injury-in-fact that is distinct from the injury suffered by all such citizens or taxpayers. *See, e.g., Hein v. Freedom From Religion Found.,*

*Inc.*, 551 U.S. 587, 593 (2007) ("[T]he payment of taxes is generally not enough to establish standing to challenge an action taken by the Federal Government."); *Schlesinger v. Reservists Comm. to Stop the War*, 418 U.S. 208, 226-27 (1974) (finding a person's interest as a citizen "too abstract to constitute a 'case or controversy' appropriate for judicial resolution").  The district court was correct that Appellant does not have standing, and thus federal courts have no jurisdiction over his claims.  *See DaimlerChrysler Corp. v. Cuno*, 547 U.S. 332, 344-45 (2006).

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk